UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SENIOR CARE GROUP, INC.,
individually and as the representative of a class
of similarly-situated persons,

          Plaintiff,

vs.                                                                        Case No. 8:17-cv-760-T-27TGW

RED PARROT DISTRIBUTION, INC.,
and JOHN DOES 1-5,

          Defendants.
_____/

### ORDER STAYING CASE AND DIRECTING ADMINISTRATIVE CLOSURE

      **THIS CAUSE** came on to be considered on the Notice of Bankruptcy of Plaintiff (Dkt. 33). It appearing to the Court that there is no basis for said cause to remain pending, this case is **STAYED**. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case.

      **DONE AND ORDERED** this 9th day of November, 2017.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to:
Counsel of Record